TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Docket No.: 5:07-CR-80-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )ORDER AS TO DEFENDANT'S MOTION |
| v. | )TO OBTAIN ACCESS TO SEALED |
| | )DOCUMENTS |
| | ) |
| CLYDE KIRBY WHITLEY | ) |

Now Comes this Honorable Court upon the defendant's Motion to Obtain Access to Sealed Documents and based upon good cause shown hereby directs the Clerk of Court for the Eastern District of North Carolina to provide to defendant's counsel of record, J. Mark Herring, Esq., all sealed documents within the Docket Report maintained in this matter.

So Ordered, this the 31st day of October , 2014.

Louise W. Flanagan
United States District Judge
Eastern District of North Carolina