**Motion GRANTED.**

This the 26th day of May, 2015.

/s/Louise W. Flanagan, U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

MAY 20 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ OEP CLK

| | | |
|---|---|---|
| CLYDE KIRBY WHITLEY,<br>PETITIONER, | * | CRIMINAL CASE NO. 5:07-CR-80-FL |
| v. | * | CIVIL CASE NO. 5:14-CV-347-FL |
| UNITED STATES OF AMERICA,<br>RESPONDENT. | | |

## MOTION TO SEAL

Petitioner comes into court and asks the court to file the enclosed petition "Under Seal". This is a continuation of petitioners original criminal case which was under seal. The Courts also granted petitioners prior motions to file under seal in his previously filed civil petitions. Petitioners cooperation with the Government is appropriate cause for granting his motion to seal for petitioners safety in prison, because petitioner has provided information on individuals at this institution. Furthermore petitioner discusses his cooperation with the Government in this petition concerning an on going open investigation which should not be known about to the public.

I DO DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 05-15-2015    PETITIONER: Clyde Kirby Whitley