IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-80-1FL
No. 5:14-CV-347-FL

| | |
|---|---|
| CLYDE KIRBY WHITLEY, ) | |
| ) | |
| Petitioner, ) | ORDER TO FILE |
| ) | UNDER SEAL |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Response in Opposition to Motions contained in Docket Entry 66 [D.E. 72] be filed under seal.

This  8th   day of July, 2015.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge